(Superior Court of Cincinnati.)

General Term—April, 1895.

Hunt, Smith and Moore, JJ.

### COLON SCHOTT, ON BEHALF OF HIMSELF et al. v. THE CITY OF CINCINNATI.

*Validity of assessment, when the rate is increased by a reduction of frontage—*

Street assessments, where the rate of the preliminary assessment is raised by reason of a reduction of the foot frontage are valid.

---

HUNT, J.

This cause is reserved from the special term. This action originally was brought

to enjoin the assessment for the improvement of Buck street, between Harrison and Queen City avenues, on the ground "that the rate of assessment is raised by reason of the reduction of the frontage, occasioned by the ruling in the Haviland case."

The total cost of the improvement, as shown by the preliminary estimate, was $9,-733. The number of feet assessed was 1,816 at $5.25, amounting to $9,538.94. The two per cent. is $194.17. Total, $9,733.60.

The total cost of the improvement, as shown by the final estimate, was $9,310.58; the total frontage assessed was 1500.50 feet at $6,204, amounting to $9,310.58.

Section 2284 of the Revised Statutes provides that the cost of the improvement shall include the cost and expense of the assessment as shown by the final estimate.

The preliminary estimate was made before the Haviland case was decided, showing the total number of front feet to be 1,816, instead of 1,500.50.

The total actual cost was $9,310.58, so that the rate was $6,204. which was found by dividing the total cost by the number of assessable feet.

We see no error in this method of computation, and sustain the contention of the city. Injunction will be discharged.

Decree accordingly.

Tafel & Schott, for Plaintiff.

Corporation Counsel, contra.